UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODESHIA JONES,

                Plaintiff,

    -v-                                          1:13-CV-1214
                                               (DNH/CFH)

CAROLYN W. COLVIN, Commissioner of
Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

OFFICE OF PETER M. MARGOLIUS        PETER M. MARGOLIUS, ESQ.
Attorney for Plaintiff
7 Howard Street
Catskill, NY 12414

OFFICE OF GENERAL COUNSEL            DAVID B. MYERS, ESQ.
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Rodeshia Jones filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits under the Social Security Act. By Report-Recommendation dated July 1, 2014, the

Honorable Christian F. Hummel, United States Magistrate Judge, recommended that the Commissioner's decision denying plaintiff benefits be affirmed. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision denying plaintiff benefits is AFFIRMED; and

2. The complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 25. 2014
       Utica, New York.